# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CAJUN CYPRESS AND HARDWOODS
OF BATON ROUGE, INC. AND
GLENN W. MCADAMS

NO.   2020 CW 0211

VERSUS

TWIN CITIES LUMBER, LLC,
TAYLOR GOOCH, AND XYZ
INSURANCE COMPANY

**JUNE 29, 2020**

---

In Re:   Twin Cities Lumber, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 687,284.

---

**BEFORE:   McDONALD, McCLENDON, WELCH, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** The trial court's February 12, 2020 judgment denying the exception of lack of personal jurisdiction filed by defendant, Twin Cities Lumber, LLC, is reversed. Plaintiffs did not meet their burden of alleging or proving the minimum contacts necessary to establish personal jurisdiction. See **de Reyes v. Marine Management and Consulting, Ltd.,** 586 So.2d 103 (La. 1991). Accordingly, Twin Cities Lumber, LLC's exception of lack of personal jurisdiction is granted, and the claims of Cajun Cypress and Hardwoods of Baton Rouge, Inc. and Glenn W. McAdams against Twin Cities Lumber, LLC are dismissed without prejudice.

JMM
PMc
MRT

**Welch and Chutz, JJ.,** dissent and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT